IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,                          ORDER

      v.

BRYAN D. NELSON,                       Case No. 10-mj-98-slc-01

                    Defendant.

---

The defendant in the above-entitled case has been:

    __X__    convicted of the charge against him and no appeal is pending. The passport is being transferred to the possession of U.S. Probation and Pretrial Services for the Western District of Wisconsin.

    _____    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

    _____    acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

    _____    The defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Dated this _14th_ day of December, 2011.

                             BY THE COURT:

                             _____

                             STEPHEN L. CROCKER
                             Magistrate Judge

cc:    USA, Defense Atty, USPO